Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23067−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachele L King
   aka Rachele King
   131 Threadleaf Terrace
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−9469

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:  2/18/26
Time:  10:00 AM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 30, 2025
JAN: mrg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Rachele L King  
    Debtor

Case No. 25-23067-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 30, 2025      Form ID: 132      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachele L King, 131 Threadleaf Terrace, Burlington, NJ 08016-4347 |
| 520932847 | + | Just Loans, 155 E. Campbell Ave, Campbell, CA 95008-2063 |
| 520914629 | | MOHELA, Attn; Bankruptcy, 13865 Sunrise Valley Dr Ste 300, Herndon, VA 20171-6187 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520914617 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 30 2025 21:01:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520932857 | | Email/Text: fwdbctl@spotloan.com | Dec 30 2025 20:53:39 | Spot Loans, P.O. Box 720, Belcourt, ND 58316 |
| 520914618 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 21:01:49 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520914619 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 20:53:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 520914620 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 21:01:44 | Credit One Bank, N.A., c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520914621 | | Email/Text: bankruptcynotices@current.com | Dec 30 2025 20:53:00 | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 520914622 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 30 2025 21:01:50 | Dept of Education/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520914623 | ^ | MEBN | Dec 30 2025 20:52:30 | Faloni Law Group, LLC, 425 Eagle Rock Ave., Suite. 404, Roseland, NJ 07068-1717 |
| 520914624 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 30 2025 20:54:00 | Federal Home Loan Mortgage Corporation, Attn: Bankruptcy, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520914627 | ^ | MEBN | Dec 30 2025 20:51:12 | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 520914625 | | Email/Text: bankruptcy@kikoff.com | Dec 30 2025 20:53:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 520914626 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 20:54:00 | Klarna, Attn: Bankruptcy, c/o Jefferson Capital |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520914628 | + | Email/Text: Documentfiling@lciinc.com | Dec 30 2025 20:53:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520924110 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 21:01:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520914630 | | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 21:01:51 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520914631 | | Email/Text: netcreditbnc@enova.com | Dec 30 2025 20:54:09 | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 520914632 | | Email/Text: bankruptcy@oliphantfinancial.com | Dec 30 2025 20:53:00 | Oliphant USA, LLC, P.O. Box 746411, Atlanta, GA 30374-6411 |
| 520914633 | | Email/Text: info@plazaservicesllc.com | Dec 30 2025 20:52:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Suite 110, Atlanta, GA 30328 |
| 520914634 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 21:01:56 | Synchrony Bank/Ikea Cc, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 520914635 | | Email/Text: bankruptcy@td.com | Dec 30 2025 20:54:00 | TD Bank, TD Atrium - Corporate, 1701 Marlton Pike E Ofc, Cherry Hill, NJ 08003-2390 |
| 520914637 | + | Email/Text: Bankruptcy@wsfsbank.com | Dec 30 2025 20:54:00 | WSFS Bank, 30 Blue Hen Dr, Newark, DE 19713-3460 |
| 520914636 | | Email/PDF: cbp@omf.com | Dec 30 2025 21:01:40 | WebBank/OneMain Financial, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520932839 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520932840 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520932841 | *+ | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 520932842 | * | Credit One Bank, N.A., c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520932843 | * | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 520932844 | *+ | Dept of Education/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520932845 | *+ | Faloni Law Group, LLC, 425 Eagle Rock Ave., Suite. 404, Roseland, NJ 07068-1717 |
| 520932846 | * | Federal Home Loan Mortgage Corporation, Attn: Bankruptcy, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520932850 | *+ | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 520932848 | * | Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 520932849 | * | Klarna, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520932851 | *+ | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520932852 | * | MOHELA, Attn; Bankruptcy, 13865 Sunrise Valley Dr Ste 300, Herndon, VA 20171-6187 |
| 520932853 | * | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520932854 | * | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 520932855 | *P++ | OLIPHANT USA LLC, PO BOX 746411, ATLANTA GA 30374-6411, address filed with court:, Oliphant USA, LLC, P.O. Box 746411, Atlanta, GA 30374-6411 |
| 520932856 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Suite 110, Atlanta, GA 30328 |
| 520932858 | * | Synchrony Bank/Ikea Cc, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 520932859 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, TD Atrium - Corporate, 1701 Marlton Pike E Ofc, Cherry Hill, NJ 08003-2390 |
| 520932861 | *+ | WSFS Bank, 30 Blue Hen Dr, Newark, DE 19713-3460 |
| 520932860 | * | WebBank/OneMain Financial, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 30, 2025 | Form ID: 132 | Total Noticed: 27

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanie D. Wiesner
on behalf of Debtor Rachele L King jeanie@sadeklaw.com
brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4