| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee Atty. ID: 085262013<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Rachele L. King | Case No.: 25-23067<br><br>Chapter 13<br><br>Judge: Chief Judge Christine M. Gravelle |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of TD Bank, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Duane Morris LLP
                          Attn: Edward J. McKee
                          30 S. 17th Street
                          Philadelphia, PA 19103

    DOCUMENTS:

    ☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒    All documents and pleadings of any nature.


Date: <u>January 12, 2026</u>                    /s/ Edward J. McKee
                                                                                          Edward J. McKee

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee Atty. ID: 085262013<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. |

| In Re:<br><br>Rachele L. King | Case No.: 25-23067<br><br>Chapter 13<br><br>Judge: Chief Judge Christine M. Gravelle |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Edward J. McKee:

    ☒ represent TD Bank, N.A. in this matter.

    ☐ am the secretary/paralegal for Edward J. McKee, who represents TD Bank, N.A. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On January 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance on behalf of TD Bank, NA

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>January 12, 2026</u>              /s/ Edward J. McKee
                                            Edward J. McKee

2

DM1\20494805.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rachele L King<br>131 Threadleaf Terrace<br>Burlington, NJ 08016 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (   ) |
| Jeanie D. Wiesner, Esq.<br>Sadek & Cooper<br>1500 JFK Blvd.Ste 220<br>Philadelphia, PA 19102 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |

DM1\20494805.1