| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>DUANE MORRIS, LLP<br>By: Brett L. Messinger Atty. ID: 035631991<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Rachele L. King | Case No.: 25-23067<br><br>Chapter 13<br><br>Judge: Chief Judge Christine M. Gravelle |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE pursuant to LBR 9010-2, the undersigned notifies the Court that Brett L. Messinger, will be substituted as attorney of record for TD Bank, N.A., a Creditor in this case. PLEASE TAKE FURTHER NOTICE that TD Bank, N.A. requests that copies of all pleadings, petitions, motions, answers, objections, memoranda, briefs, notices, reports, requests, orders and all other documents filed and/or delivered in and/or in connection with the Case be sent to the following counsel for TD Bank, N.A.:

> Brett L. Messinger, Esq.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Phone: 215-979-1508
> Fax: 302-657-4901
> Email: BMessinger@duanemorris.com

Respectfully submitted

/s/ *Edward J. McKee*          /s/ *Brett L. Messinger*
Edward J. McKee                Brett L. Messinger
Withdrawing Attorney           Substituted Attorney

Dated: January 29, 2026

DM1\20566542.1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Brett L. Messinger Atty. ID: 035631991<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Rachele L. King | Case No.: 25-23067<br><br>Chapter 13<br><br>Judge: Chief Judge Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Brett L. Messinger:

    ☒  represent TD Bank, N.A. in this matter.

    ☐  am the secretary/paralegal for Brett L. Messinger, who represents TD Bank, N.A. in this matter.

    ☐  am the _____ in this case and am representing myself.

2. On January 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Substitution and Withdrawal of Counsel

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>January 29, 2026</u>              <u>/s/ Brett L. Messinger</u>
                                                                Brett L. Messinger

DM1\20566542.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rachele L King<br>131 Threadleaf Terrace<br>Burlington, NJ 08016 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (   ) |
| Jeanie D. Wiesner, Esq.<br>Sadek & Cooper<br>1500 JFK Blvd.Ste 220<br>Philadelphia, PA 19102 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |

DM1\20566542.1