Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-23067 / CMG**

Rachele L King

Petition Filed Date: 12/10/2025
341 Hearing Date: 01/08/2026
Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 02/19/2026 | $600.00 | | | | | | | |

**Total Receipts for the Period:  $600.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Rachele L King | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK | Unsecured Creditors | $1,581.21 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq. | Attorney Fees<br>Hold Funds: Reserve | $2,806.00 | $0.00 | $2,806.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  KLARNA | Unsecured Creditors | $236.36 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  ONEMAIN | Unsecured Creditors | $809.11 | $0.00 | $0.00 |
| 4 | OLIPHANT FINANCIAL, LLC<br>»»  LENDINGCLUB BANK | Unsecured Creditors | $5,277.47 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  JUDGMENT DC-003381-24 | Unsecured Creditors | $1,076.34 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-23067 / CMG**

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $44.40 | Arrearages: | $600.00 |
| Funds on Hand: | $555.60 | | |

---

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or
scan this code to get started.**

