| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
**Chapter 13 Case No. 25-23067 / CMG**

| | |
|---|---|
| Rachele L King | Petition Filed Date: 12/10/2025 |
| 131 Threadleaf Terrace | 341 Hearing Date: 01/08/2026 |
| Burlington, NJ   08016 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2026 | $600.00 | TFS | | | | | | |

**Total Receipts for Period: $600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Rachele L King | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK | Unsecured Creditors | $1,581.21 | $0.00 | $0.00 |
| | Jeanie D. Wiesner, Esq. | Attorney Fees Hold Funds: Reserve | $2,806.00 | $0.00 | $2,806.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC »» KLARNA | Unsecured Creditors | $236.36 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» ONEMAIN | Unsecured Creditors | $809.11 | $0.00 | $0.00 |
| 4 | OLIPHANT FINANCIAL, LLC »» LENDINGCLUB BANK | Unsecured Creditors | $5,277.47 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» JUDGMENT DC-003381-24 | Unsecured Creditors | $1,076.34 | $0.00 | $0.00 |
| 6 | FEDERAL HOME LOAN MORTGAGE CORP »» 131 THREADLEAF TERRACE/1ST MTG | Mortgage Arrears | $26,381.54 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-23067 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $44.40 | Arrearages: | $600.00 |
| Funds on Hand: | $555.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.tfsbillpay.com to register!**

**View your case information online for** *FREE***!  Register today at
www.ndc.org or scan this code to get started!**

