Certificate Number: 16339-NJ-DE-040664535

Bankruptcy Case Number: 25-23067



16339-NJ-DE-040664535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2026, at 9:33 o'clock AM EST, Rachele L King completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 26, 2026          By:     /s/Kris Krumal

                                    Name:  Kris Krumal

                                    Title:   Certified Financial Counselor