Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–23067–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rachele L King
aka Rachele King
131 Threadleaf Terrace
Burlington, NJ 08016

Social Security No.:
xxx–xx–9469

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 30, 2025 and a confirmation hearing on such Plan has been scheduled for April 1, 2026.

The debtor filed a Modified Plan on March 26, 2026 and a confirmation hearing on the Modified Plan is scheduled for May 13, 2026 at 10:00 am. Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.      The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: March 27, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Rachele L King

    Debtor

Case No. 25-23067-CMG

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                             Page 1 of 3

Date Rcvd: Mar 27, 2026              Form ID: 186                           Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachele L King, 131 Threadleaf Terrace, Burlington, NJ 08016-4347 |
| cr | + | TD Bank, N.A., 30 South 17th Street, Philadelphia, PA 19103-4001 |
| 520932847 | + | Just Loans, 155 E. Campbell Ave, Campbell, CA 95008-2063 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2026 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520914617 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 27 2026 22:05:36 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521027915 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2026 22:05:20 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520932857 | | Email/Text: fwdbctl@spotloan.com | Mar 27 2026 21:53:38 | Spot Loans, P.O. Box 720, Belcourt, ND 58316 |
| 520914618 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 22:05:18 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520914619 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2026 21:53:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 520914620 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:24 | Credit One Bank, N.A., c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520914621 | | Email/Text: bankruptcynotices@current.com | Mar 27 2026 21:54:00 | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 520914622 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2026 22:05:44 | Dept of Education/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520914623 | ^ | MEBN | Mar 27 2026 21:57:29 | Faloni Law Group, LLC, 425 Eagle Rock Ave., Suite. 404, Roseland, NJ 07068-1717 |
| 520914624 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2026 21:55:00 | Federal Home Loan Mortgage Corporation, Attn: Bankruptcy, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520987263 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2026 21:55:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| | | | |
|---|---|---|---|
| 520952705 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2026 21:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520914627 | ^  MEBN | Mar 27 2026 21:55:48 | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 520914625 | Email/Text: bankruptcy@kikoff.com | Mar 27 2026 21:53:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 520914626 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2026 21:55:00 | Klarna, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520977654 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:24 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520914628 | +  Email/Text: Documentfiling@lciinc.com | Mar 27 2026 21:53:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520924110 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2026 22:05:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520914629 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 27 2026 22:05:22 | MOHELA, Attn; Bankruptcy, 13865 Sunrise Valley Dr Ste 300, Herndon, VA 20171-6187 |
| 520914630 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 27 2026 22:05:34 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520914631 | Email/Text: netcreditbnc@enova.com | Mar 27 2026 21:55:00 | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 520914632 | Email/Text: bankruptcy@oliphantfinancial.com | Mar 27 2026 21:54:00 | Oliphant USA, LLC, P.O. Box 746411, Atlanta, GA 30374-6411 |
| 520972767 | +  Email/Text: bnc@bass-associates.com | Mar 27 2026 21:53:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 520914633 | Email/Text: info@plazaservicesllc.com | Mar 27 2026 21:53:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Suite 110, Atlanta, GA 30328 |
| 520953051 | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2026 21:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520914634 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2026 22:05:29 | Synchrony Bank/Ikea Cc, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 520914635 | Email/Text: bankruptcy@td.com | Mar 27 2026 21:55:00 | TD Bank, TD Atrium - Corporate, 1701 Marlton Pike E Ofc, Cherry Hill, NJ 08003-2390 |
| 520914637 | +  Email/Text: Bankruptcy@wsfsbank.com | Mar 27 2026 21:55:00 | WSFS Bank, 30 Blue Hen Dr, Newark, DE 19713-3460 |
| 520914636 | Email/PDF: cbp@omf.com | Mar 27 2026 22:05:29 | WebBank/OneMain Financial, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520932839 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520932840 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520932841 | *+ | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 520932842 | * | Credit One Bank, N.A., c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520932843 | * | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 520932844 | *+ | Dept of Education/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 27, 2026 | Form ID: 186 | Total Noticed: 34

| 520932845 | *+ | Faloni Law Group, LLC, 425 Eagle Rock Ave., Suite. 404, Roseland, NJ 07068-1717 |
| 520932846 | * | Federal Home Loan Mortgage Corporation, Attn: Bankruptcy, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520932850 | *+ | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 520932848 | * | Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 520932849 | * | Klarna, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520932851 | *+ | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520932852 | * | MOHELA, Attn; Bankruptcy, 13865 Sunrise Valley Dr Ste 300, Herndon, VA 20171-6187 |
| 520932853 | * | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520932854 | * | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 520932855 | *P++ | OLIPHANT USA LLC, PO BOX 746411, ATLANTA GA 30374-6411, address filed with court:, Oliphant USA, LLC, P.O. Box 746411, Atlanta, GA 30374-6411 |
| 520932856 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Suite 110, Atlanta, GA 30328 |
| 520932858 | * | Synchrony Bank/Ikea Cc, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 520932859 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, TD Atrium - Corporate, 1701 Marlton Pike E Ofc, Cherry Hill, NJ 08003-2390 |
| 520932861 | *+ | WSFS Bank, 30 Blue Hen Dr, Newark, DE 19713-3460 |
| 520932860 | * | WebBank/OneMain Financial, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Brett L. Messinger
on behalf of Creditor TD Bank  N.A. BLmessinger@duanemorris.com,
cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com

Jeanie D. Wiesner
on behalf of Debtor Rachele L King jeanie@sadeklaw.com
brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

Matthew K. Fissel
on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5