Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23067−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachele L King
   aka Rachele King
   131 Threadleaf Terrace
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−9469

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/1/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 1, 2026
JAN: rms

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-23067-CMG

Rachele L King                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                      Page 1 of 3

Date Rcvd: Apr 01, 2026                   Form ID: 148                                      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachele L King, 131 Threadleaf Terrace, Burlington, NJ 08016-4347 |
| cr | + | TD Bank, N.A., 30 South 17th Street, Philadelphia, PA 19103-4001 |
| 520932847 | + | Just Loans, 155 E. Campbell Ave, Campbell, CA 95008-2063 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520914617 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 01 2026 21:16:35 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521027915 | + | EDI: MAXMSAIDV | Apr 02 2026 00:48:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520932857 | | Email/Text: fwdbctl@spotloan.com | Apr 01 2026 21:04:49 | Spot Loans, P.O. Box 720, Belcourt, ND 58316 |
| 520914618 | | EDI: CAPITALONE.COM | Apr 02 2026 00:48:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520914619 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 01 2026 21:04:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 520914620 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2026 21:15:55 | Credit One Bank, N.A., c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520914621 | | Email/Text: bankruptcynotices@current.com | Apr 01 2026 21:04:00 | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 520914622 | + | EDI: MAXMSAIDV | Apr 02 2026 00:48:00 | Dept of Education/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520914623 | ^ | MEBN | Apr 01 2026 21:02:10 | Faloni Law Group, LLC, 425 Eagle Rock Ave., Suite. 404, Roseland, NJ 07068-1717 |
| 520914624 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 01 2026 21:05:00 | Federal Home Loan Mortgage Corporation, Attn: Bankruptcy, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520987263 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 01 2026 21:05:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| Recip ID | | Bypass/Method | Date | Name and Address |
|---|---|---|---|---|

520952705    EDI: JEFFERSONCAP.COM    Apr 02 2026 00:54:00    Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617

520914627  ^  MEBN    Apr 01 2026 21:01:21    KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538

520914625    Email/Text: bankruptcy@kikoff.com    Apr 01 2026 21:04:00    Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458

520914626    EDI: JEFFERSONCAP.COM    Apr 02 2026 00:54:00    Klarna, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500

520977654    Email/PDF: resurgentbknotifications@resurgent.com    Apr 01 2026 21:15:55    LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

520914628  +  EDI: LENDNGCLUB    Apr 02 2026 00:47:00    Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839

520924110    Email/PDF: MerrickBKNotifications@Resurgent.com    Apr 01 2026 21:15:50    MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

520914629    Email/PDF: Bankruptcy_Prod@mohela.com    Apr 01 2026 21:16:11    MOHELA, Attn; Bankruptcy, 13865 Sunrise Valley Dr Ste 300, Herndon, VA 20171-6187

520914630    Email/PDF: Bankruptcy_Prod@mohela.com    Apr 01 2026 21:16:33    Navient, PO Box 9655, Wilkes Barre, PA 18773-9655

520914631    Email/Text: netcreditbnc@enova.com    Apr 01 2026 21:05:24    NetCredit, NetCredit Customer Support Team, Attn: B, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948

520914632    Email/Text: bankruptcy@oliphantfinancial.com    Apr 01 2026 21:04:00    Oliphant USA, LLC, P.O. Box 746411, Atlanta, GA 30374-6411

520972767  +  EDI: BASSASSOC.COM    Apr 02 2026 00:47:00    Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097

520914633    Email/Text: info@plazaservicesllc.com    Apr 01 2026 21:03:00    Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Suite 110, Atlanta, GA 30328

520953051    EDI: Q3G.COM    Apr 02 2026 00:54:00    Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788

520914634    EDI: SYNC    Apr 02 2026 00:47:00    Synchrony Bank/Ikea Cc, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065

520914635    EDI: TDBANKNORTH.COM    Apr 02 2026 00:54:00    TD Bank, TD Atrium - Corporate, 1701 Marlton Pike E Ofc, Cherry Hill, NJ 08003-2390

520914637  +  Email/Text: Bankruptcy@wsfsbank.com    Apr 01 2026 21:05:00    WSFS Bank, 30 Blue Hen Dr, Newark, DE 19713-3460

520914636    EDI: AGFINANCE.COM    Apr 02 2026 00:47:00    WebBank/OneMain Financial, PO Box 3316, Evansville, IN 47732-3316

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520932839 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520932840 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520932841 | *+ | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 520932842 | * | Credit One Bank, N.A., c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520932843 | * | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 520932844 | *+ | Dept of Education/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2026 | Form ID: 148 | Total Noticed: 34 |

| | | |
|---|---|---|
| 520932845 | *+ | Faloni Law Group, LLC, 425 Eagle Rock Ave., Suite. 404, Roseland, NJ 07068-1717 |
| 520932846 | * | Federal Home Loan Mortgage Corporation, Attn: Bankruptcy, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520932850 | *+ | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 520932848 | * | Kikoff, Attn: Bankruptcy, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 520932849 | * | Klarna, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520932851 | *+ | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 520932852 | * | MOHELA, Attn; Bankruptcy, 13865 Sunrise Valley Dr Ste 300, Herndon, VA 20171-6187 |
| 520932853 | * | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 520932854 | * | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 520932855 | *P++ | OLIPHANT USA LLC, PO BOX 746411, ATLANTA GA 30374-6411, address filed with court:, Oliphant USA, LLC, P.O. Box 746411, Atlanta, GA 30374-6411 |
| 520932856 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr. Suite 110, Atlanta, GA 30328 |
| 520932858 | * | Synchrony Bank/Ikea Cc, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 520932859 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, TD Atrium - Corporate, 1701 Marlton Pike E Ofc, Cherry Hill, NJ 08003-2390 |
| 520932861 | *+ | WSFS Bank, 30 Blue Hen Dr, Newark, DE 19713-3460 |
| 520932860 | * | WebBank/OneMain Financial, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brett L. Messinger | on behalf of Creditor TD Bank  N.A. BLmessinger@duanemorris.com, cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com |
| Jeanie D. Wiesner | on behalf of Debtor Rachele L King jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5